AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>VANSICKLE, FRED | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

7 N. Wenatchee Avenue, Suite 310
Wenatchee, WA 98801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Washington State Judicial Retirement | $63,326.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of Washington Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Money Market sweep account | A | Interest | K | T | | | | | |
| 2. Abbott Laboratories (ABT) | A | Dividend | K | T | | | | | |
| 3. Alibaba Group Holding F (BABA) | A | Dividend | | | Buy | 02/08/18 | K | | |
| 4. | | | | | Sold | 10/10/18 | K | | |
| 5. Alphabet Inc (GOOGL) | A | Dividend | K | T | Buy | 10/26/18 | K | | |
| 6. American Intl Gro 21 WTS (AIGWS) n/k/a Life Ins Co 21 WTS (AIGWS) | A | Dividend | K | T | Buy (add'l) | 11/05/18 | J | | |
| 7. American Intl Group (AIG) | A | Dividend | | | Sold | 06/11/18 | K | | |
| 8. AQR Eqty Mkt Neutral FD (QMNIX) | A | Dividend | L | T | Sold (part) | 06/12/18 | J | | |
| 9. Artisian High Incm FD Inv (ARTFX) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 10. Boeing (BA) | B | Dividend | M | T | | | | | |
| 11. Borg Warner Inc (BWA) | A | Dividend | | | Buy | 07/18/18 | K | | |
| 12. | | | | | Sold | 12/20/18 | K | | |
| 13. Builders Firstsource (BLDR) | A | Dividend | | | Sold | 01/04/18 | K | | |
| 14. Charles Schwab Corp (SCHW) | A | Dividend | K | T | | | | | |
| 15. Cheniere Energy Inc (LNG) | | None | K | T | Buy | 11/02/18 | K | | |
| 16. Comcast Corp (CMCSA) | A | Dividend | K | T | | | | | |
| 17. Communications Sales (CSAL) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Digital Realty Trust (DLR) | A | Dividend | | | Sold | 01/12/18 | K | | |
| 19. Doubleline Flexible Inc (DLINX) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 20. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 21. Eaton Vance Short Dur Infltn Protected Incm (EARRX) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 22. Ensco Plc Adr (ESV) (Y) | | | | | | | | | |
| 23. First American Fin Corp (FAF) | A | Dividend | J | T | Sold (part) | 07/03/18 | K | | |
| 24. FMI Large Capital Fund | A | Dividend | J | T | | | | | |
| 25. FMI Intl Fd Inst (FMIYX) | C | Dividend | L | T | | | | | |
| 26. Goldman Sachs MLP Energy (GMLPX) | C | Dividend | J | T | | | | | |
| 27. Guggenheim Short Duration ETF (GSY) | A | Dividend | M | T | Buy (add'l) | 03/23/18 | J | | |
| 28. | | | | | Buy (add'l) | 04/03/18 | M | | |
| 29. Hart Cap Management Acct | A | Interest | L | T | | | | | |
| 30. Intel Corp (INTC) | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 31. Invesco S&P 500 High Divi Low Volatility (SPHD) | A | Dividend | L | T | Buy (add'l) | 06/04/18 | L | | |
| 32. | | | | | Sold (part) | 08/31/18 | J | | |
| 33. Invesco Ultra Short ETF f/k/a Powershares Ultra Short | A | Dividend | L | T | Buy (add'l) | 06/04/18 | J | | |
| 34. Invesco QQQ Trust (QQQ) f/k/a Powershares QQQ | A | Dividend | J | T | Buy | 10/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/19/18 | J | | |
| 36. Ishares Short Treasury Bond ETF (SHV) | A | Dividend | | | Buy | 07/03/18 | K | | |
| 37. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 38. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 39. | | | | | Sold | 12/14/18 | K | | |
| 40. Ishares S&P Mid Cap 400 Grwth ETF (IJK) | A | Dividend | J | T | | | | | |
| 41. Ishares S&P 500 Growth ETF (IVW) | A | Dividend | J | T | | | | | |
| 42. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 43. JP Morgan Chase & Co (JPM) | A | Dividend | K | T | Sold (part) | 10/01/18 | J | | |
| 44. JPMorgan Emrg Mkts Eqty (JEMSX) | | None | | | Sold | 06/11/18 | L | | |
| 45. Lamar Advertising (LAMR) | A | Dividend | K | T | | | | | |
| 46. MGM Resorts Intl (MGM) | A | Dividend | | | Sold | 05/25/18 | K | | |
| 47. Microsoft (MSFT) | B | Dividend | M | T | | | | | |
| 48. MainGate MLP Fund (IMLPX) | | None | L | T | Sold (part) | 03/08/18 | K | | |
| 49. Nasdaq 100 Shares | A | Dividend | L | T | | | | | |
| 50. North Cascades Bank Shares | A | Dividend | K | T | | | | | |
| 51. Norwegian Cruise Lin (NCLH) | A | Dividend | K | T | Sold (part) | 07/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Numerica CU | A | Interest | L | T | | | | | |
| 53. Outfront Media Inc (OUT) | B | Dividend | | | Sold | 08/13/18 | K | | |
| 54. Pimco Enhanced Shrt Mat (MINT) | B | Dividend | | | Sold (part) | 06/11/18 | L | | |
| 55. | | | | | Sold | 09/04/18 | J | | |
| 56. Pimco Eqs Long Short Fd | A | Dividend | J | T | | | | | |
| 57. Pimco Low Duration Incm Fd (PFIAX) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 58. Realty Income Corp (O) | A | Dividend | J | T | | | | | |
| 59. RMPI Account | A | Interest | K | T | | | | | |
| 60. Schwab Govt Money Fund (SWGXX) | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 61. | | | | | Sold (part) | 08/30/18 | J | | |
| 62. Schwab International Equity ETF (SCHF) | B | Dividend | | | Sold (part) | 10/01/18 | J | | |
| 63. | | | | | Sold | 12/20/18 | K | | |
| 64. Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | Buy (add'l) | 10/01/18 | J | | |
| 65. Schwab U.S. Mid-Cap ETF (SCHM) | A | Dividend | L | T | Sold (part) | 07/18/18 | J | | |
| 66. Schwab US Small Cap ETF (SCHA) | A | Dividend | K | T | Buy | 09/05/18 | J | | |
| 67. Select STR Financial Select SPDR ETF (XLF) | A | Dividend | | | Buy | 11/19/18 | J | | |
| 68. | | | | | Sold | 12/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Dow Jones Global Real Estate ETF | A | Dividend | J | T | | | | | |
| 70. Sportsmans WHSE Hldg (SPWH) | A | Dividend | K | T | | | | | |
| 71. St. Jude Med (STJ) | A | Dividend | K | T | | | | | |
| 72. Tripadvisor In (TRIP) | A | Dividend | K | T | | | | | |
| 73. United Parcel Srvc (UPS) | A | Dividend | | | Buy | 02/13/18 | K | | |
| 74. | | | | | Sold | 10/26/18 | K | | |
| 75. Vaneck Vectors Fallen Angel High Yield ETF (ANGL) | A | Dividend | | | Sold | 03/08/18 | J | | |
| 76. Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 77. Wash Trust Savings | A | Interest | J | T | | | | | |
| 78. Whirlpool Corp (WHR) | | None | K | T | Buy | 11/01/18 | K | | |
| 79. Wisdomtree Int RT HDG Hgh YLD (HYZD) | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 80. | | | | | Sold (part) | 12/13/18 | J | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRED VANSICKLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544